UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

Carolyn Buff,
                Plaintiff(s),

      -against-                                20cv7182(GBD)
                                              PRO SE PRETRIAL
United States of America; US Treasury Department    CONFERENCE
Internal Revenue Service (IRS); Celeste Neal IRS
Disclosure Manager; Eric Gadsden IRS Disclosure
Specialist,
                Defendant(s).
-------------------------------------------------------------------------X

       Pro se Plaintiff and counsel for all parties are hereby notified that this case is referred to Magistrate Kevin N. Fox for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures. If you are unaware of the identity of counsel for any of the parties, you must send a copy of the notice and rules to that party personally.

       All correspondence to the Court should be addressed to the chambers of Magistrate Judge Kevin N. Fox and submitted to the Pro Se Intake Unit, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 telephone (212) 805-0175.

       Any procedural questions by Pro Se plaintiff should be addressed to the Office of Pro Se Intake Unit at (212) 805-0175.

Dated: December 2, 2020
       New York, New York

                                                               SO ORDERED:

                                                               George B. Daniels
                                                               United States District Judge