UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CAROLYN BUFF,

                          Plaintiff,

-against-

UNITED STATES OF AMERICA, *et al.*,

                         Defendants.
------------------------------------- x

ORDER

20 Civ. 7182 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

      This above-captioned case is ordered dismissed pursuant to Federal Rule 4(m) of Civil Procedure for improper service, Rule 41(b) for failure to timely prosecute, and as moot in light of this Court's decision granting summary judgment in the related case of *United States of America v. Carolyn Buff*, No. 19 Civ. 5549 (GBD) (JW).

      The Clerk of Court is hereby ORDERED to close the above-captioned case. The Clerk of Court is also directed to mail this Order to *pro se* Plaintiff at her last address of record.

Dated: August 17, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge